IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McGee, Mary L | Case Number: 05 B 03020 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 1/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,799.08 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,709.92 |
| Trustee Fee: | | 89.16 |
| Other Funds: | | 0.00 |
| Totals: | 1,799.08 | 1,799.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,560.00 | 1,709.92 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | Household Automotive Finance Corp | Unsecured | 935.83 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 32.06 | 0.00 |
| 5. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 6. | MCI Worldcom | Unsecured | | No Claim Filed |
| 7. | Check N Go | Unsecured | | No Claim Filed |
| 8. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 9. | MCI Worldcom | Unsecured | | No Claim Filed |
| 10. | Ameritech | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 12. | SBC | Unsecured | | No Claim Filed |
| | | | $ 3,527.89 | $ 1,709.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 8.33 |
| 3% | 4.64 |
| 5.5% | 56.99 |
| 4.8% | 19.20 |
| | $ 89.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McGee, Mary L

Printed: 1/29/08

Case Number: 05 B 03020
Judge: Wedoff, Eugene R
Filed: 1/31/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*